UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FLOYD BOW,<br><br>   Petitioner,<br><br>  v.<br><br>JOEL MARTINEZ, Warden,<br><br>   Respondent. | Case No. CV 14-5484-SJO (JPR)<br><br>**J U D G M E N T** |

 Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

 IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 17, 2017

*S. James Otero*
S. JAMES OTERO
U.S. DISTRICT JUDGE